**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNIVERSITY OF MIAMI,**

            **Plaintiff,**

v.

**TASSILI LIFE SCIENCES CORP.,**

            **Defendant.**

_____/

Civil Action No.

## COMPLAINT

Plaintiff, University of Miami (the "University"), by its undersigned attorneys, for its complaint against Defendant, Tassili Life Sciences Corp. ("Defendant"), alleges as follows:

### NATURE OF THE ACTION

1. The University brings this action against Defendant for breach of contract and unjust enrichment arising under the laws of Florida.

### PARTIES AND JURISDICTION

2. Plaintiff, the University, is a not-for-profit corporation with its principal place of business at 1320 S. Dixie Highway, Suite 1200, Coral Gables, Florida 33146. The University is a private educational and research institution recognized throughout the world.

3. Upon information and belief, Defendant is a corporate body formed under the Ontario Business Corporations Act, with a registered office located at 200-366 Bay St., Toronto, Ontario M5H 4B2. Defendant is a company that produces therapeutics and medicines to treat mild traumatic brain injuries and post-traumatic stress disorder.

4. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, because

-1-

the parties are diverse and the amount in controversy exceeds $75,000.

5. Venue is proper in this judicial district because Defendant has consented through contractual agreement to venue in this Court. Moreover, venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 (b) and (c).

6. This Court has personal jurisdiction over Defendant because Defendant has consented through contractual agreement to in personam jurisdiction in this Court. Further, this Court has personal jurisdiction over Defendant because Defendant pursued business in Florida and breached the Agreement in Florida by failing to make payments to the University.

## GENERAL ALLEGATIONS

7. The University is a private research institution with over 17,000 students from around the world.

8. In January 2020, the University entered into a Collaborative Research Agreement (the "Agreement") with Defendant to collaborate in pre-clinical research initiatives relating to the effectiveness of certain products in treating mild traumatic brain injuries and post-traumatic stress disorder (the "Project"). A copy of the Agreement is attached hereto as Exhibit 1.

9. The University designated a project manager in charge of directing, managing developing and coordinating the Project. Ex.1.

10. Throughout the term of the Agreement, the University provided Defendant with periodic reports relating to the Project.

11. Attached as Exhibit B to the Agreement is a schedule of payments for the Project, to which both parties agreed.

12. The total agreed amount for the Project was $1,624,476.00, broken down into five payments of $324,895.20 each -- the first payment due within 60 days of execution of the Agreement, and each additional payment to be made every three months afterward. Ex. 1.

13. To date, the University has only received the first payment due under the agreed payment schedule.

14. The University currently is owed four more payments, for a total of $1,299,580.80.

15. The University has expended significant sums performing the research contemplated in the Agreement.

16. The University has made demand for payment on Defendant on numerous occasions and the Defendant has refused to make the payments required under the Agreement.

17. As a result of Defendant's actions, the University has been damaged in the amount of $1,299,580.80.

18. In addition, as a result of Defendant's actions, Defendant has been unjustly enriched.

## COUNT I – BREACH OF CONTRACT

19. The University repeats and reincorporates the allegations contained in Paragraphs 1 through 17 as if fully set forth herein.

20. The University and Defendant, for good and valuable consideration, entered into the Agreement, which is a valid and enforceable contract for the performance of research services in exchange for money payments.

21. As part of the Agreement, Defendant agreed to pay the University a total of $1,624,476.00. Ex. 1

22. The Agreement included a payment schedule that broke down the total amount into five payments of $324,895.20 each.  Ex. 1.

23. The University has performed the research services contemplated in the Agreement and has incurred significant expenses performing these services.

24. To date, Defendant has made only one of the payments due to the University.

25. As a result, the University has suffered damages in the amount of $1,299,580.80.

WHEREFORE, Plaintiff, University, requests entry of judgment against Defendant in the amount of $1,299,580.80 as compensatory damages for Defendant's breach of contract, attorneys' fees to the fullest extent permitted by law, the costs of the action and such other relief as this Court deems appropriate.

## COUNT II – UNJUST ENRICHMENT

26. The University repeats and reincorporates the allegations contained in Paragraphs 1 through 15 and 18 as if fully set forth herein.

27. The University has performed the research services contemplated in the Agreement.

28. The University's project manager met with Defendant periodically throughout the term of the Agreement to provide the Defendant with status updates on the research.

29. The Defendant has voluntarily accepted and retained the benefit of this ongoing research.

30. Nevertheless, the Defendant has refused to pay the University for the reasonable value of the work that it has performed for Defendant.

31. As a result, the University has suffered damages in the amount of $1,299,580.80.

WHEREFORE, Plaintiff, University, requests entry of judgment against Defendant in the amount of $1,299,580.80, attorneys' fees to the fullest extent permitted by law, the costs of the action and such other relief as this Court deems appropriate.

Dated: <u>April 16, 2021</u>

      Respectfully submitted,

<u>s/ Eric D. Isicoff</u>
Eric D. Isicoff
Fla. Bar No. 372201
Isicoff@irlaw.com
Carolina A. Latour
Florida Bar No. 32412
Latour@irlaw.com

ISICOFF RAGATZ
601 Brickell Key Drive
Suite 750
Miami, Florida  33131
Tel.: (305) 373-3232
Fax: (305) 373-3233
*Attorneys for Plaintiff, University of Miami*